# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| PAVEL A. CHUKHRAY | ) | Case No. 21-03757 |
| | ) | |
| Debtor. | ) | Hon. A. Benjamin Goldgar |

## NOTICE OF MOTION

To: See Attached List

**PLEASE TAKE NOTICE THAT** on January 3, 2022 at 10:00 a.m., I will appear before the Honorable A. Benjamin Goldgar, or any judge sitting in that judge's place, and present the motion of First Interim Application for Allowance of Compensation and for Reimbursement of Expenses for Kenneth Novak, Subchapter V Trustee, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video,** use this link: https://www.zoomgov.com/.  Then enter the meeting ID and password.

**To appear by telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is 161 500 0972 and the password is 726993. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you may file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may call the matter regardless.

Date: December 8, 2021

/s/ Kenneth Novak
Kenneth Novak
Subchapter V Trustee
3356 Lake Knoll Drive
Northbrook, IL 60062
(847) 291-7718

## CERTIFICATE OF SERVICE

I, Kenneth Novak, declare under penalty of perjury under the laws of the United States of America that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on December 8, 2021.

/s/ Kenneth Novak
Kenneth Novak

## SERVICE LIST

**Registrants Served Through The Court's Electronic Notice for Registrants on December 8, 2021**
John Hiltz, jhiltz@hzhlaw.com

Alex Whitt, awhitt@hzhlaw.com

Patrick Layng, USTPRegion11.ES.ECF@usdoj.gov

David Paul Holtkamp, David.holtkamp@usdoj.gov

Dennis A Dressler, ddressler@dresslerpeters.com, rmccandless@dresslerpeters.com

E. Philip Groben, pgroben@gcklegal.com, bcervantes@gcklegal.com, rrodriguez@gcklegal.com

Richard Elliott Halsey, ileservice@kelleykronenberg.com

Wesley T Kozeny, Wesley.Kozeny@BonialPC.com, ILBK@BonialPC.com, kozeny@ecf.courtdrive.com

Dana N O'Brien, dana.obrien@mccalla.com, NDistrict@mccalla.com, mccallaecf@ecf.courtdrive.com

Nisha B Parikh, ILBankruptcy@dallegal.com

James M Philbrick, jamesphilbrick@comcast.net

Christopher H Purcell, shermlaw13@aol.com

N. Neville Reid, nreid@foxswibel.com, bkdocket@foxswibel.com

Todd J Ruchman, amps@manleydeas.com

Kenneth M Thomas, kthomas@foxswibel.com, bhenderson@foxswibel.com, docket@foxswibel.com

Ryan M Trombley, ryan.trombley@dinsmore.com

Alexander Wright, alexander.wright@dinsmore.com, alison.kidney@dinsmore.com, nicole.hosier@dinsmore.com


**Served Via U.S. Mail on December 8, 2021**
See attached mailing matrix (Exhibit A)

LABEL MATRIX
CASE 21-03757
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Ally Financial f/k/a GMAC
PO Box 130424
Roseville, MN 55113-0004

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn, 7th Floor
Chicago, IL 60604-1702

Above Luxury LLC
Teller Levit & Silvertrust PC
19 S Lasalle St Ste 701
Chicago, IL 60603-6369

Affirm Inc
650 California St Fl 12
San Francisco, CA 94108-2716

Alla Chukhray
175 Sycamore Drive
Hawthorn Woods
Lake Zurich, IL 60047-8902

Alla Chukhray
175 Sycamore Drive
Hawthorn Woods, IL 60047-8902

Ally Bank
PO Box 130424
Roseville, MN 55113-004

Ally Financial
PO Box 90091951
Louisville, KY 40290-1951

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Amex
PO Box 981537
El Paso, TX 79998-1537

Andrei Klimashevski
Fox Swibel Levin & Carroll LLP
c/o K. Th
200 W Madison Street, Suite 3000
Chicago, IL 60606-3417

Ascentium Capital LLC
23970 Highway 59 North
Kingwood, TX 77339-1535

Audi Financial Services
PO Box 5215
Carol Stream, IL 60197-5215

(p)BMW Financial Services
Customer Service Center
PO Box 3608
Dublin, OH 43016-0306

BMW Financial Services NA, LLC
c/o AIS Portf
4515 N Santa Fe Ave Dept. APS
Oklahoma City, OK 73118-7901

BSI Financial Services
P.O. Box 679002
Dallas, TX 75267-9002

(P) Bank of America
PO 982238
El Paso, TX 79998-2238

Bank of America, N.A.
PO Box 982284
El Paso, TX 79998-2284

Barbara L Farley, Esquire
13 Wilkins Avenue
Haddonfield, NJ 08033-2451

Bizfund LLC
c/o Brian Schechter
2371 McDonald Avenue
Brooklyn, NY 11223-4738

Bryn Mawr Equipment Finance, INC
13 Wilkins Avenue
Haddonfield, NJ 08033-2451

Bryn Mawr Equipment Leasing
2 South Bryn Mawr Ave.
Bryn Mawr, PA 19010-3214

CREDITCD/FBT
P.O.Box 84064
Columbus, GA 31908-4064

Capital One Bank (USA), N.A.
By American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Capital One Bank USA
PO Box 30281
Salt Lake City, UT 84130-0281

**Exhibit A     Page 1 of 4**

Capital One N.A.
by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Cbna
PO Box 6497
Sioux Falls, SD 57117-6497

Chrysler Capital
1601 Elm St #800
Dallas, TX 75201-7260

Citi
PO Box 6190
Sioux Falls, SD 57117-6190

Citicards Cbna
PO Box 6217
Sioux Falls, SD 57117-6217

(p) Citizens Bank N.A.
Attn: Bankruptcy Team
1 Citizens Bank Way
JCA 115
Johnston, RI 02919-1922

Codilis & Associates, P.C.
15W030 N Frontage Rd
Burr Ridge, IL 60527-6921

Complete Business Solutions Group
20 N. 3rd Street
Philadelphia, PA 19106-2118

County Clerk of Lake County
18 N Country St. Room 101
Waukegan, IL 60085-4364

Credit One Bank N.A.
PO Box 98872
Las Vegas, NV 89193-8872

DAL, Inc.
PO Box 162
Clifton Heights, PA 19018-0162

Department of Treasury
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Discover Financial Services LLC
PO Box 15316
Wilmington, DE 19850-5316

Finance of America Commercial, LLC
BSI Financial Services
1425 Greenway Drive, Suite 400
Irving, TX 75038-2480

Flagstar Bank
5151 Corporate Drive
Troy, MI 48098-2639

Flagstar Bank
c/o McCalla Raymer Leibert
Pierce, LLC
1 N Dearborn Ste 1200
Chicago, IL 60602

(p)Flagstar Bank FSB
5151 Corporate Drive
Mail Stop E 115 3
Troy, MI 48098-2639

Ford Credit
PO Box 542000
Omaha, NE 68154-8000

(p)Ford Motor Credit Company
PO Box 62180
Colorado Springs, CO 80962-2180

Fox, Swibel, Levin, & Carroll, LLP
Attention: N. Neville Reid
200 W. Madison St, Suite 3000
Chicago, IL 60606-3417

Hitachi Capital America Corp.
7808 Creekridge Circle, Suite 250
Minneapolis, MN 55439-2647

(p) Illinois Department of Revenue
Bankruptcy Unit
PO Box 19035
Springfield, IL 62794-9035

Internal Revenue Service
Mail Stop 5014CHI
230 S. Dearborn Street, Room 2600
Chicago, IL 60604-1705

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

(p) JP Morgan Chase Bank, N.A.
Bankruptcy Mail Intake Team
700 Kansas Lane, Floor 01
Monroe, LA 71203-4774

JP Morgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A
c/o Robertson, Anschutz &
Schneid, P.K.
6409 Congress Avenue, Suite 100

Kabbage Funding
925B Peachtree Street NE, Ste 1688
Atlanta, GA 30309-3918

**Exhibit A      Page 2 of 4**

Kane County Treasurer
719 S. Batavia Ave, Building A
Geneva, IL 60134

Lakeview Loan Servicing, LLC
LoanCare, LLC
3637 Sentara Way
Virgina Beach, VA 23452-4262

(p)Landmark Credit Union
PO Box 510870
New Berlin, WI 53151-0870

Loancare LLC
3637 Sentara Way
Virgina Beach, VA 23452-4262

Max Recovery Group LLC
55 Broadway, 3rd Floor
New York, NY 10006-3757

(p) Mercedes Benz Financial
Services
13560 Heritage Parkway
Fort Worth, TX 76177-5323

Mercury Card/fb&t/tsys
1415 Warm Springs Road
Columbus, GA 31904-8366

Michael D Sabin
1759 Roundtree Lane
Rockford, IL 61107-2758

Mrc/united Wholesale M
350 Highland
Houston, TX 77009-6623

Nationstar/Mr. Cooper
350 Highland
Houston, TX 77009-6623

Nationstar Mortgage LLC d/b/a
Mr. Cooper
Bankruptcy Department
PO Box 619096
Dallas, TX 75261-9096

Nationstar Mortgage LLC d/b/a
Mr. Cooper
c/o Aldridge Pite, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-7921

Nationstar Mortgage LLC d/b/a
Mr. Cooper
c/o Manley Deas Kochalski LLC
PO Box 165028
Columbus, OH 43216-5028

Nationstar Mortgage LLC d/b/a
Mr. Cooper
c/o McCalla Raymer Leibert
Piere, LLC
1 N. Dearborn, Suite 1200
Chicago, IL 60602-4337

Nordstrom/td Bank USA
13531 E. Caley Ave
Englewood, CO 80111-6504

PSC Management & Development Inc.
c/o Semyon Gilburd
884 Shambliss Lane
Buffalo Grove, IL 60089-1243

PYOD, LLC
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602-9008

Quantum3 Group LLC as agent for
Mercury Financial LLC
PO Box 788
Kirkland, WA 98083-0788

RBK Development Inc.
c/o Semyon Gilburd
884 Shambliss Ln.
Buffalo Grove, IL 60089-1243

Rise/ecs
4150 International Plaza
Fort Worth, TX 76109-4892

Synch/Ntwk
PO Box 965036
Orlando, FL 32896-5036

Syncb/amazon
PO Box 965015
Orlando, FL 32896-5015

Syncb/bp
c/o PO Box 965024
Orlando, FL 32896-0001

Syncb/netwrk
c/o PO Box 965036
Orlando, FL 32896-0001

Syncb/Nissan Dc
c/o PO Box 965016
Orlando, FL 32896-0001

Syncb/ppc
PO Box 965005
Orlando, FL 32896-5005

Syncb/sams club
PO Box 965005
Orlando, FL 32986-5005

**Exhibit A    Page 3 of 4**

Syncb/score Rewards DC
PO Box 965005
Orlando, FL 32896-5005

Syncb/Walmart
PO Box 965022
Orlando, FL 32896-5022

Synchrony Bank
c/o RPA Receivables Management,LLC
PO Box 41021
Norfolk, VA 23541-1021

Td Bank Usa/targetcred
PO Box 673
Minneapolis, MN 55440-0673

Teller Levit & Silvertrust
19 S. Lasalle St, Suite 701
Chicago, IL 60603-6369

Thd/cbna
PO Box 6497
Sioux Falls, SD 57117-6497

The Fundworks, LLC
5990 Sepulveda Blvd #310
Van Nuys, CA 91411-2523

VW Credit
Waukegan Road
Deerfield, IL 60015

VW Credit Leasing, Ltd
c/o VW Credit, Inc.
PO Box 9013
Addison, TX 75001-9013

VW Credit, Inc
PO Box 9013
Addison, TX 75001-9013

Wilmington Savings Fund
Society, FSB
500 Delaware Ave
Wilmington, DE 19801-1490

Andrei Klimashevski
655 Deepwoods Drive, Unit 3G
Mundelein, IL 60060

Pavel Chukhray
175 Sycamore Dr
Hawthorn Woods, IL 60047-8902

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

VW Credit Leasing, Ltd
12400 Olive Blvd, Suite 555
St. Louis, MO 63141-5460

Nissan Motor Acceptance Corporation
PO Box 9013
Addison, TX 75001-9013

Mike Sabin
1759 Rowntree Lane
Rockford, IL 61107-2758

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| PAVEL A. CHUKHRAY | ) | Case No. 21-03757 |
| | ) | |
| Debtor. | ) | Hon. A. Benjamin Goldgar |

## FIRST INTERIM APPLICATION FOR ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES

### Cover Sheet for First Interim Application for Allowance of Compensation and for Reimbursement of Expenses

Name of Applicant(s):  **Kenneth Novak, Subchapter V Trustee**

Date Subchapter V Trustee was Appointed: **March 24, 2021**

Period for which Compensation is Sought: **March 24, 2021 through November 29, 2021**

Amount of Fees Sought: **$12,061.00**

Amount of Expense Reimbursement Sought: **$0.00**

This is an:     Interim Application__X__     Final Application _____

If this is not the first application filed herein by this professional, disclosure as to all prior fee applications:

| Date Filed | Period Covered | Total Requested | Total Allowed | Any Amount Withheld by Order |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A |

The amount of fees and expenses paid to the Applicant to date for Services rendered and expenses incurred herein is: $__-$0-__ .

In re:  Pavel A. Chukhray
Chapter 11 no. 21-03757
Cover Sheet for First Interim Application for Allowance of Compensation and
Reimbursement of Expenses
Subchapter V Trustee
(Page Two of Two)

Professionals retained and represented as follows in this Application for First Interim Allowance
of Compensation:

| Name of Professional | Hourly Rate | Hours of Service | Value of Service |
|---|---|---|---|
| Kenneth Novak, Subchapter V Trustee | $295.00 | 27.5 | $8,112.50 |
| Janice Seyedin, Professional Assistant to Subchapter V Trustee | $149.00 | 26.5 | $3,948.50 |
| | **TOTALS** | 54.0 | $12,061.00 |

DATE:  December 8, 2021          Respectfully Submitted,
                                 Kenneth Novak
                                 Subchapter V Trustee


                                 By: /s/ *Kenneth Novak*
                                 Kenneth Novak


Kenneth Novak
Subchapter V Trustee
Ken Novak & Associates, Inc.
3356 Lake Knoll Drive
Northbrook, IL 60062
(847) 291-7718

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| PAVEL A CHUKHRAY | ) | Case No. 21-03757 |
| | ) | |
| Debtor. | ) | Hon. A. Benjamin Goldgar |

## FIRST INTERIM APPLICATION FOR ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR THE SUBCHAPTER V TRUSTEE

**NOW COMES** Kenneth Novak, the Subchapter V Trustee, who respectfully requests the entry of an Order for the first interim allowance and payment of compensation for services rendered and reimbursement of expenses incurred as Subchapter V Trustee pursuant to Section 330 of the United States Bankruptcy Code and applicable Federal Rules of Bankruptcy Procedure, and in support hereof, states to the Court as follows:

### I.    INTRODUCTION

This Application encompasses the time period from March 24, 2021 through November 29, 2021. This Applicant has neither previously requested nor obtained approval for payment of interim compensation or reimbursement of expenses. This Application seeks approval of fees in the amount of $12,061.00 and $0.00 for actual and necessary unreimbursed expenses.

On March 23, 2021 the above Debtor filed a petition for relief under Chapter 11 of the United States Bankruptcy Code. Kenneth Novak was appointed as the duly authorized Subchapter V Trustee on March 24, 2021. While the case has been/was pending as a Chapter 11 Subchapter V case, the Subchapter V Trustee performed the regular and customary duties required of a Subchapter V trustee and now seeks compensation for those services and reimbursement for related expenses. The hourly rates of Applicant are competitive with the rates

in this market by professionals with similar skills and experience, as disclosed and summarized in the Cover Sheet to this Application for Compensation.

## II.    CASE STATUS AND NARRATIVE OF PROFESSIONAL SERVICES

The Debtor filed for Chapter 11 protection on March 23, 2021 as a Subchapter V debtor. Kenneth Novak was appointed as Subchapter V Trustee on March 24, 2021.  As required, Applicant analyzed the Debtor's original filing petition and, among other things, had numerous telephone discussions with John Hiltz, attorney for the Debtor; analyzed the Debtor's insurance certificates; prepared for and participated in the Initial Debtor Interview; prepared for and participated in the Sect. 341 Meeting; analyzed all of the Monthly Operating Reports that Debtor filed; analyzed the "Debtor's Subchapter V Plan of Reorganization" filed on June 21, 2021 (Dkt. 66) and analyzed "Debtor's Amended Subchapter V Plan of Reorganization" filed on July 29, 2021 (Dkt. 88); studied Debtor's financial projections; suggested possible options for Debtor to become more profitable; had conference calls with Debtor's attorney and Subchapter V Trustee's assistant to try to better understand the Debtor's financial viability; participated in a number of Court Hearings; and worked on other related case matters as deemed appropriate to assist in optimally obtaining a consensual Plan of Reorganization.

All services in this matter were performed by Applicant and were billed at the rate of $295.00 per hour and were performed by Janice Seyedin[1], Applicant's Professional Assistant, whose services were billed at the rate of $149.00 per hour. Ms. Seyedin was very helpful in assisting the Applicant with her business, financial and analytical input and saved the

---

[1] Janice Seyedin has over twenty years of experience in corporate finance advisory. She earned a MAFM (Master's in Accounting and Financial Management) from Keller Graduate School of Management at DeVry University and graduated a Hotchkiss Scholar at Lake Forest Graduate School of Management earning her MBA. Also, Ms. Seyedin has worked with a variety of companies in Chapter 7 bankruptcy situations, forensic accounting, turnarounds, and transition advisory services. In addition, she developed, owned, and operated a multi-location successful small business in Lake County, Illinois for twenty years before selling her shares to a national chain and her partner, who continues to operate four additional locations.

Bankruptcy Estate significant monies with her lower-than-Applicant's billing rate. All of Ms.

Seyedin's work was as specifically directed by Applicant. Both hourly rates are customary for

Applicant to charge for similar services during this period of time. Itemized time entries for all of

Applicant's and Applicant's Professional Assistant's services to this Bankruptcy Estate are

attached hereto as Exhibit B-1 and Exhibit B-2, respectively. Relative to having Professional

Assistant(s) assist in performing bankruptcy case work, it should be noted that the Seventh

Circuit agrees and has explained that in exercising billing judgement, senior professionals should

delegate simpler tasks to paraprofessionals and otherwise junior personnel. *Spegon v. Catholic

Bishop of Chicago,* 175 F.3d 544, 553 (7th Cir. 1999). Applicant also incurred out-of-pocket

expenses relative to this bankruptcy estate work in the amount of $0.00.

**WHEREFORE,** Applicant respectfully requests i) that Professional Fees in the amount

of $12,061.00 be approved as reasonable and appropriate and that out-of-pocket expenses in the

amount of $0.00 be approved as reasonable and appropriate, ii) that payment in the total amount

of $12,061.00 be authorized upon entry of an Order approving such payment as set forth herein

and for any such other further relief as this Court may deem just and equitable, and iii) that

payment be made payable to "Ken Novak & Associates, Inc."

DATE:  December 8, 2021          Respectfully Submitted,
                                 Kenneth Novak
                                 Subchapter V Trustee

                                 By: */s/ Kenneth Novak*
                                 Kenneth Novak

Kenneth Novak
Subchapter V Trustee
Novak & Associates, Inc.
3356 Lake Knoll Drive
Northbrook, IL 60062
(847) 291-7718

Billing - Pavel A. Chukhray                                                    Exhibit B-1
Chapter 11 Subchapter V Case No. 21-03757
Work Performed by Subchapter V Trustee - Kenneth Novak
For the Period March 24, 2021 Through November 29, 2021

| Date | | Hours |
|------|------|------|
| 03/29/2021 | Phone discussion with John F. Hiltz, Debtor's attorney re: overview of case and potential path towards a consensual reorganization plan | 0.5 |
| 04/01/2021 | Phone discussion with David Holtkamp re: nature for various Debtor's liabilities i.e. personal or [former?] business related | 0.5 |
| 04/06/2021 | Attend Court Hearing re: Ford Motor Credit Company Objection to Debtor's Motion to Extend the Automatic Stay | 0.2 |
| 04/06/2021 | Prepare for Case Status conference call tomorrow with John Hiltz, Debtor's Counsel, Pavel A. Chukhray and Janice Seyedin (Ken Novak's Professional Assistant) | 0.3 |
| 04/07/2021 | Continue to prepare for upcoming Case Status Conference call later today | 0.3 |
| 04/07/2021 | Case Status Conference call with John Hiltz, Debtor's counsel, Pavel A. Chukhray and Janice Seyedin | 0.5 |
| 04/13/2021 | Prepare for tomorrow's (04/14/21) Initial Debtor Interview ("IDI") | 0.8 |
| 04/13/2021 | Phone discussion with Kenneth Thomas of Fox Swibel re: Creditor Andrei Klimashevski | 0.2 |
| 04/14/2021 | Continue to prepare for upcoming Initial Debtor Interview later today | 0.3 |
| 04/14/2021 | Attend and participate in Initial Debtor Interview | 0.9 |
| 04/14/2021 | Follow-up phone call with Tom Thornton (of UST's office) and Janice Seyedin re: IDI follow-up questions | 0.1 |
| 04/22/2021 | Request of Debtor's counsel to do a site visit re: Debtor's real estate assets | 0.1 |
| 04/24/2021 | Communique to Tom Thornton, David Holtkamp and John Hiltz re: various vehicles referenced in Proofs of Claim i.e. part of the Bankruptcy Estate? Insurance needed? | 0.2 |
| 04/24/2021 | Review notes of Professional Assistant and continue to analyze 03/23/21 - 03/31/21 Monthly Operating Report ["MOR"] | 0.4 |
| 04/27/2021 | Attend Ct. Hearing re: various Motions filed by Ally Financial f/k/a/ GMAC re: Relief from Stay | 0.2 |
| 04/28/2021 | Prepare for upcoming Section 341 meeting later today | 0.6 |
| 04/28/2021 | Attend and participate in Section 341 Meeting | 2.0 |
| 04/29/2021 | Summarize my notes and comments re: 04/28/01 Section 341 Meeting and case so far | 0.4 |

| | | |
|---|---|---|
| 04/30/2021 | Phone call with David Holtkamp (UST Trial Attorney) and Janice Seyedin re: comments on the 04/28/2021 Section 341 and related | 0.4 |
| 05/03/2021 | Telephone call with John Hiltz, Debtor's Counsel, re: follow-up to Section 341 Meeting | 0.1 |
| 05/04/2021 | Set up future conference call with David Holtkamp, John Hiltz and Janice Seyedin re: various Case matters | 0.2 |
| 05/20/2021 | Conference call with David Holtkamp (UST Trial Attorney) and Janice Seyedin re: various Case status matters | 0.7 |
| 05/24/2021 | Prepare for today's Court Hearing re: Motion for Authorizing Debtor to use Existing Bank Accounts and Status Hearing | 0.3 |
| 05/24/2021 | Attend today's Court Hearing re: Motion for Authorizing Debtor to use Existing Bank Accounts and Status Hearing | 0.3 |
| 05/26/2021 | Conference call with Kenneth M. Thomas of Fox Swibel (Counsel for Creditor Andrei Klimashevski) and Janice Seyedin re: discussion regarding working toward a consensual plan | 0.4 |
| 05/28/2021 | Analyze Debtor's April 2021 Monthly Operating Report ("MOR") | 0.3 |
| 06/01/2021 | Continue analysis of April MOR (DKT 61) and send comments and questions to John Hiltz, | 0.6 |
| 06/03/2021 | Conference call with John Hiltz & Janice Seyedin re: potential amended April 2021 MOR, upcoming May 2021 MOR and discussions re: potential Reorganization Plan | 0.2 |
| 06/12/2021 | Analyze 06/10/21 email from John Hiltz re: April 2021 Monthly Operating report | 0.4 |
| 06/12/2021 | Respond to John Hiltz's 06/10/21 email | 0.3 |
| 06/14/2021 | Phone discussion with David Holtkamp and Janice Seyedin re: information provided by John Hiltz, Esq. on 06/10/21 re: Debtor's April 2021 MOR | 0.3 |
| 06/15/2021 | Analyze information provided by John Hiltz on 0610/21 and on 06/14/21 re: Debtor's April 2021 MOR and Debtor's upcoming May 2021 | 0.6 |
| 06/15/2021 | Conference call with John Hiltz, Esq., David Holtkamp and Janice Seyedin re: April 2021 MOR and upcoming May 2021 MOR | 0.6 |
| 06/21/2021 | Analyze draft of reorganization plan and liquidation analysis and related financial projections | 1.4 |
| 06/21/2021 | Email comments (re: previous 06/21/21 entry) of draft of reorganization plan, liquidation analysis and related financial projections to John Hiltz | 0.5 |
| 06/22/2021 | Analysis of Reorganization Plan (filed 06/21/21) and begin analysis of May 2021 Monthly Operating Report | 0.5 |
| 06/24/2021 | Continue analysis of Reorganization Plan (filed 06/21/21) and of May 2021 Monthly Operating Report and email comments to John Hiltz | 1.4 |
| 07/17/2021 | Analyze updated draft of Reorganization Plan and liquidation analysis | 0.4 |
| 07/19/2021 | Continue analysis of updated draft of Reorganization Plan and liquidation analysis, calls with Professional Assistant, Janice Seyedin | 0.8 |

| Date | Description | Hours |
|---|---|---|
| 07/19/2021 | Attend Ct. Status Hearing re: Debtor's request for extension of time to file amended Reorganization Plan | 0.1 |
| 07/21/2021 | Continue analysis of updated draft of amended reorganization plan liquidation analysis and cash flow projections | 0.4 |
| 07/22/2021 | Continue analysis of updated draft reorganization plan, liquidation analysis and cash from projections | 1.2 |
| 07/22/2021 | Conference call with John Hiltz (Debtor's Counsel),  David Holtkamp (USP) Janice Seyedin re: Debtor's proposed amended reorganization plan and related | 0.4 |
| 07/22/2021 | Follow up to conference call with John Hiltz (Debtor's Counsel),  David Holtkamp (USP) Janice Seyedin re: Debtor's proposed amended reorganization plan and related | 0.7 |
| 07/26/2021 | Attend Status Court Hearing re: upcoming amended reorganization plan | 0.2 |
| 07/31/2021 | Analyze Debtor's June 2021 Monthly Operating Report ("MOR") | 0.4 |
| 08/02/2021 | Attend Status Hearing re: Amended Reorganization Plan | 0.1 |
| 09/07/2021 | Analyze Debtor's July 2021 Monthly Operating Report ("MOR") | 0.4 |
| 09/14/2021 | Analyze Docket 113 (Ballot Report) and send communique to John Hiltz, Esq. | 0.2 |
| 09/17/2021 | Call with David Holtkamp re: upcoming 09/20/21 Reorganization Plan Ct. Hearing | 0.1 |
| 09/17/2021 | Call with John Hiltz, Esq. (Debtor's Attorney) and Janice Seyedin re: upcoming 09/20/21 Reorganization Plan Confirmation Hearing | 0.4 |
| 09/20/2021 | Prepare for today's Court Hearing re: Reorganization Plan Confirmation and Objections | 0.4 |
| 09/20/2021 | Attend today's Court Hearing re: Reorganization Plan and Objections | 0.1 |
| 09/27/2021 | Attend Hearing re: Confirmation and Ascentium (Creditor) objection | 0.3 |
| 10/18/2021 | Prep for and attend Ct. Hearing re: Ascentium (Creditor) motion | 0.2 |
| 11/04/2021 | Analyze August 2021 Monthly Operating Report and Debtor's Objection to Ascentium Claim | 0.5 |
| 11/04/2021 | Conference call with John Hiltz, Esq. and Janice Seyedin re: August 2021 MOR and status of other Case items | 0.2 |
| 11/19/2021 | Review notes from Professional Assistant, Janice Seyedin, and continue to analyze September 2021 Monthly Operating Report ["MOR"] | 0.4 |
| 11/22/2021 | Prepare for 11/22/21 conference call with John Hiltz and Janice Seyedin re: status of Case | 0.4 |
| 11/22/2021 | Conference call with John Hiltz and Janice Seyedin and David Holtkamp re: Case status | 0.5 |
| 11/25/2021 | Review notes from Professional Assistant, Janice Seyedin and continue to analyze October 2021 Monthly Operating Report ["MOR"] | 0.4 |
| 11/29/2021 | Prepare for upcoming Court Hearing later today (0.2 hrs.); Attend Ct. Hearing re: Amended Reorganization Plan confirmation and related (0.1 hrs.) | 0.3 |

| | |
|---|---|
| Total Hours 03/24/2021 through 11/29/2021 | 27.5 |
| Hourly Billing Rate | $295.00 |
| Total Billing - Subchapter V Trustee - Kenneth Novak | $8,112.50 |

Billing - Pavel A. Chukhray
Chapter 11 Subchapter V Case No. 21-03757
Work Performed by Subchapter V Trustee Assistant - Janice Seyedin
For the Period March 24, 2021 Through November 29, 2021

Exhibit B-2

| Date | | Hours |
|---|---|---|
| 3/26/2021 | Analyze POC 1 and POC 2 and Dkt 1 (Voluntary Filing Petition), Dkt 4 (Assets and Liabilities) and Dkt. 5 (Statement of Income) and prepare notes for Sub V Trustee Review | 0.6 |
| 3/29/2021 | Attend and Participate in Introductory call with John Hiltz, Debtor's attorney for P. Chukhray (.50) | N/C |
| 3/29/2021 | Prepare notes relating to open issues from introductory call with John Hiltz and identify open issues for Sub V Trustee | 0.3 |
| 04/02/21 | Attend and Participate in call with former Ch. 7 Trustee on P. Chukhray's prior case and prepare notes for Sub V Trustee (.60) | N/C |
| 4/6/2021 | Calls with K. Novak re: open issues in Chukhray case (0.6) | N/C |
| 04/07/21 | Attend and Participate in Status Call for Pavel A. Chukhray case (.7) | N/C |
| 4/7/2021 | Prepare notes relating to open issues from 04/07/21 Status Call with Debtor's Attorney | 0.3 |
| 4/7/2021 | Perform check of standing for LLC/ Inc and Agent info with Illinois Secretary of State relating to the four entities related to Chukhray on filing petition per Sub V Trustee request and discuss results with Sub V Trustee | 0.4 |
| 4/12/2021 | Assimilate information filed and work on master spreadsheet coordinating key data for Sub V Trustee review through POC 20 (Above Luxury LLC) | 2.6 |
| 4/13/2021 | Calls with K. Novak re: upcoming IDI meeting and open issues (0.7) | N/C |
| 04/14/21 | Attend and Participate in IDI Meeting for Pavel A Chukhray (1.0) | N/C |
| 4/14/2021 | Prepare notes relating to IDI Meeting and open issues for Sub V Trustee and calls with Sub V Trustee | 1.1 |
| 4/16/2021 | Analyze Dkts 32-36 (Relief from Stay Ally Financial) relating to status of vehicles and open issues for Sub V Trustee | 0.5 |
| 4/16/2021 | Assimilate information filed and continue to work on Master Spreadsheet categorizing claims and open issues through POC 27 | 2.5 |
| 4/20/2021 | Call with Sub V Trustee relating to open issues (0.5) | N/C |
| 4/21/2021 | Analyze Docket 44 (March 2021 MOR) and prepare list of open items for Sub V Trustee | 0.4 |
| 4/22/2021 | Calls with K. Novak re: case open issues (0.7) | N/C |

| Date | Description | Hours |
|---|---|---|
| 4/23/2021 | Prepare list of items that have missing insurance information for Sub V Trustee | 0.3 |
| 4/24/2021 | Assimilate information filed and continue to work on Master Spreadsheet categorizing claims and open issues through POC 43 | 1.2 |
| 4/24/2021 | Analyze Dkt 45 and 46 (Form 426 re: valuation of entities) and Prepare and send email to Sub V Trustee of open issues | 0.4 |
| 4/26/2021 | Prepare notes from call on 04/22/21 with Kenneth Thomas re: POC 43 | 0.5 |
| 4/27/2021 | Analyze Dkt. 47 (Bank Statements) and prepare list for Sub V Trustee | 0.5 |
| 04/28/21 | Attend and Participate in 341 Meeting for Pavel Chukhray (2.0) | N/C |
| 4/30/2021 | Prepare list of key notes and send to Sub V Trustee relating to case status | 0.4 |
| 4/30/2021 | Prepare Property Analysis per Sub V Trustee instruction and send to D. Holtkamp | 0.3 |
| 5/4/2021 | Call with K. Novak re: email from J. Hiltz on 05/04/21 (0.3) | N/C |
| 5/5/2021 | Call with K. Novak re: Stallions Express Inc (0.3) | N/C |
| 5/13/2021 | Analyze Dkt 58 (Sub V Status Report): review open issues with Sub V Trustee via phone call (0.3) | 0.3 |
| 5/14/2021 | Analyze POC 44 (Illinois Dept of Revenue) and POC 45 (Nissan) and make notes of open issues for Sub V Trustee | 0.3 |
| 5/17/2021 | Prepare select notes from 341 Meeting for Sub V Trustee per request notating open issues | 0.5 |
| 5/19/2021 | Call with K. Novak re: case status and upcoming call with D. Holtkamp (0.2) | N/C |
| 5/20/2021 | Attend and Participate in call with D. Holtkamp re: Chukhray (.4) | N/C |
| 5/21/2021 | Call with K. Novak re: next steps after D. Holtkamp call (0.4) | N/C |
| 5/26/2021 | Attend and Participate in call with Kenneth M. Thomas of Fox Swibel (Counsel for Creditor Andrei Klimashevski) re: Chukhray  21-03757 (.50) | N/C |
| 5/26/2021 | Prepare notes from call on 05/26/21with Kenneth Thomas re: POC 43  and follow up call with K. Novak | 0.5 |
| 06/03/21 | Attend and Participate in Status call for Chukhray 21-03757 (0.3) | N/C |
| 6/3/2021 | Prepare notes from todays Status Call with Debtor's counsel and list open issues re: April 2021 MOR | 0.3 |
| 6/4/2021 | Analyze POC's 46-48 (Ascentium Capital) and make notes for Sub V Trustee | 0.3 |
| 6/10/2021 | Analyze POC 49 (Complete Business Solutions Group, Inc.) and make noes for Sub V Trustee | 0.2 |
| 06/10/21 | Attend and Participate in call with Kenneth M. Thomas of Fox Swibel (Counsel for Creditor Andrei Klimashevski) re: Chukhray  21-03757 (.2) | N/C |
| 6/15/2021 | Prepare for upcoming meeting re: April 2021 MOR open issues and other case items and send notes to Sub V Trustee | 0.8 |

| | | |
|---|---|---|
| 6/14/2021 | Attend and Participate in call with Debtor's attorney and D. Holtkamp (UST Trial Attorney) for Chukhray 21-03757 (.6) | N/C |
| 6/15/2021 | Prepare notes and open issues from today's call with Debtor's Attorney and D. Holtkamp (UST Trial Attorney) | 0.5 |
| 6/22/2021 | Analyze Dkt 65 (May 2021 MOR) and prepare list of open items for Sub V Trustee | 0.8 |
| 6/22/2021 | Analyze Dkt 66 (Plan of Reorganization) and prepare list of comments for Sub V Trustee | 0.6 |
| 6/24/2021 | Calls with Sub V Trustee re: issues relating to determining financial viability of debtor based upon information submitted to date | 0.8 |
| 7/15/2021 | Analyze Dkt 74 (Motion for Relief from stay VW Credit) and make notes for Sub V Trustee | 0.1 |
| 7/18/2021 | Analyze proposed amended Re-organization plan emailed by Debtor's attorney on 07/16/2021 and make comments for Sub V Trustee | 0.7 |
| 7/19/2021 | Calls with Sub V Trustee re: amended reorganization plan followed by summary email (0.8) | N/C |
| 7/21/2021 | Analyze Dkt 81 (Finance of America's objection to plan) and make notes for Sub V Trustee | 0.5 |
| 7/21/2021 | Research and prepare notes re: Liquidation Analysis and calculate values and discuss on calls | 0.8 |
| 7/22/2021 | Attend and participate in Status Call for Chukhray case with Debtor's attorney, David Holtkamp and Sub V Trustee (.40) | N/C |
| 7/27/2021 | Analyze proposed amended plan relating to claims of creditors and discussions with Sub V Trustee | 0.5 |
| 7/28/2021 | Analyze Dkt 86 (June 2021 MOR) and make notes for Sub V Trustee | 0.6 |
| 7/30/2021 | Prepare analysis of Key points of Dkt 88 (Amended Plan) and discuss and email with Sub V Trustee | 0.9 |
| 8/9/2021 | Analyze Dkt 71 (Motion for Relief from Stay VW Credit) and discuss with Sub V prior to court hearing | 0.2 |
| 8/19/2021 | Analyze Dkt 96 (Motion for Relief from Stay Finance of America) and discuss with Sub V Trustee (0.5) | N/C |
| 8/30/2021 | Analyze Dkts 107-110 Objections to Plan filed by Ascentium Capital and prepare analysis for Sub V Trustee | 0.4 |
| 8/30/2021 | Analyze Dkt. 112 Objection to Plan filed by Complete Business Solutions and prepare analysis for Sub V Trustee | 0.1 |
| 9/7/2021 | Analyze Dkt 111 (July 2021 MOR) and prepare list of open items for Sub V Trustee | 0.6 |
| 9/13/2021 | Analyze Dkt 113 (Ballot report) and prepare analysis for Sub V Trustee | 0.1 |
| 9/17/2021 | Call with Sub V Trustee and conference in Debtor's Attorney John Hiltz re: next steps | 0.4 |
| 9/29/2021 | Analyze Dkt. 121-first omnibus objection to claims 46,47,48 of multiple claimants and discuss with Sub V Trustee | 0.3 |
| 10/14/2021 | Analyze Dkt 122- Response in opposition to Dkt 121 and discuss with Sub V Trustee | 0.3 |

| Date | Description | Hours |
|---|---|---|
| 10/29/2021 | Analyze Dkt. 129 (August 2021 MOR) and make notes for Sub V Trustee | 0.3 |
| 11/4/2021 | Attend and Participate in Conference call with John Hiltz, Esq. and Ken Novak re: August 2021 MOR and status of other Case items (.2 HR) | N/C |
| 11/4/2021 | Prepare notes and open issues from today's Status call with Debtor's counsel | 0.2 |
| 11/18/2021 | Analyze Docket 132 (September 2021 MOR) and make notes for Sub V Trustee | 0.3 |
| 11/18/2021 | Analyze MOR's in preparation for upcoming Status call | 0.7 |
| 11/22/2021 | Conference call with John Hiltz and Janice Seyedin and David Holtkamp re: Case status (.5 HR) | N/C |
| 11/25/2021 | Analyze Dkt 134 (October 2021 MOR) and make notes for Sub V Trustee | 0.3 |

| | |
|---|---|
| Total Hours 03/24/2021 through 11/29/2021 | 26.5 |
| Hourly Billing Rate | $149.00 |

| | |
|---|---|
| Total Billing - Subchapter V Trustee Assistant - Janice Seyedin | $3,948.50 |

Form G5 (20200113_bko)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### Eastern Division

| | | |
|---|---|---|
| In Re: | ) | Case Number: 21-03757 |
| | ) | |
| | ) | Chapter:  11 |
| PAVEL A. CHUKHRAY | ) | |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| Debtor(s) | ) | |

## ORDER APPROVING SUBCHAPTER V TRUSTEE'S FIRST INTERIM APPLICATION FOR ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES

THIS MATTER COMING TO BE HEARD on the above listed items filed by Kenneth Novak, Subchapter V Trustee, notice having been given, and the COURT being duly advised.

IT IS HEREBY ORDERED that the first interim compensation in the amount of $12,061.00 and expense reimbursement in the amount of $0.00, resulting in a total of $12,061.00 are approved and/or ordered, as applicable.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated:

**Prepared by:**
Kenneth Novak
Subchapter V Trustee
Ken Novak & Associates, Inc.
3356 Lake Knoll Drive
Northbrook, IL 60062
(847) 291-7718