# UNITED STATES BANKRUPTCY COURT FOR
# THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No.: 21-03757 |
| | ) | Chapter 11 |
| PAVEL A. CHUKHRAY, | ) | |
| | ) | Hon. A. Benjamin Goldgar |
| | ) | |
| Debtor. | ) | Hearing Date: January 3, 2022 |
| | ) | Hearing Time: 9:30 AM |
| | ) | via Zoom for Government |
| | ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, on Monday, January 3, 2022, at 9:30 am, or as soon thereafter as counsel may be heard, I will appear before the Honorable A. Benjamin Goldgar, or any judge sitting in that judge's place and present the **First Interim Fee Application of Hiltz Zanzig & Heiligman LLC as Counsel to Pavel A. Chukhray, Debtor-in-Possession for Compensation and Reimbursement of Expenses**, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government**. No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password**. The meeting ID for this hearing is 161 500 0972. The password is 726993. The meeting ID and password can also be found on the judge's page on the court's web site.

      If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

Dated: December 12, 2021                       Respectfully submitted,
                                                              **PAVEL A. CHUKHRAY**

John F. Hiltz (No. 6289744)                  By: /s/John F. Hiltz
HILTZ ZANZIG & HEILIGMAN LLC            (One of his Attorneys)
53 West Jackson Blvd., Suite 1301
Chicago, Illinois 60604
Telephone: 312.566.9008
jhiltz@hzhlaw.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No.: 21-03757 |
| | ) | Chapter 11 |
| PAVEL A. CHUKHRAY, | ) | |
| | ) | |
| Debtor. | ) | Hon. A. Benjamin Goldgar |
| | ) | |
| | ) | |

**COVER SHEET FOR FIRST INTERIM
APPLICATION OF HILTZ ZANZIG & HEILIGMAN LLC
FOR ALLOWANCE OF COMPENSATION AND EXPENSES**

| | |
|---|---|
| Name of Applicant: | Hiltz Zanzig & Heiligman, LLC |
| Authorized to Provide Professional Services to: | Pavel A. Chukhray, Debtor-in-Possession |
| Period for Which Compensation is Sought: | March 23, 2021, through December 7, 2021 |
| Amount of Fees Sought: | $38,936.00 |
| Amount of Expense Reimbursement Sought: | $2,151.13 |
| This is a: | First Interim Application |

The aggregate amount of fees and expenses *paid* to the Applicant to date for services rendered and expenses incurred herein is: $0.00.

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No.: 21-03757 |
| | ) | Chapter 11 |
| PAVEL A. CHUKHRAY, | ) | |
| | ) | |
| | ) | |
| Debtor. | ) | Hon. A. Benjamin Goldgar |
| | ) | |
| | ) | |

### FIRST INTERIM FEE APPLICATION OF HILTZ ZANZIG & HEILIGMAN LLC AS COUNSEL TO PAVEL A. CHUKHRAY, DEBTOR-IN-POSSESSION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

Hiltz Zanzig & Heiligman LLC ("HZH Law"), counsel to Pavel A. Chukhray, the Debtor-in-Possession in this chapter 11 case (the "Debtor"), hereby submits this first interim fee application (the "Application") pursuant to 11 U.S.C. §§ 330, 331 and 507(a)(1) seeking compensation totaling $38,936.00 for legal services performed as counsel to the Debtor during the period of March 23, 2021, through and including December 7, 2021 (the "Application Period") and reimbursement of expenses totaling $2,151.13 incurred in connection with those services. In support of the Application, HZH Law respectfully represents as follows:

### **INTRODUCTION**

1.     On March 23, 2021 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11, subchapter V, of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq*. (the "Bankruptcy Code").

2.     The Debtor chose HZH Law as his counsel in this case. On May 4, 2021, this Court entered an order authorizing the Debtor to retain HZH Law as his counsel retroactive to the Petition Date.

3.   HZH Law has received no previously awarded compensation or reimbursement of expenses.

4.   This Application seeks allowance of all fees and expenses incurred by HZH Law from March 23, 2021, through and including December 7, 2021.  To aid the Court in its review of this Application, the Debtor's counsel has divided this Application into three parts.  Part I describes the practical and legal issues encountered by the Debtor's counsel, and actions taken and results obtained by counsel.  Part II describes the qualifications and areas of expertise of the Debtor's attorneys.  Part III describes the manner in which fees and expenses were calculated by the Debtor's attorneys.

## I.   SERVICES PERFORMED

### A.   ADMINISTRATION                                                    Amount Sought: $7,659.50

HZH Law spent **23.4** hours at a cost of **$7,659.50** on issues relating to the administration of the bankruptcy case, including communications with the Debtor, creditors, the Subchapter V Trustee, and the United States Trustee.  Time in this category also included the Debtor's attendance at the 341 meeting and Initial Debtor Interview, as well as other administrative tasks necessary to secure the proposal and, ultimately, the confirmation of the chapter 11 plan.  Finally, time in this category included motion practice concerning the employment of Debtor's counsel and authorization to use existing bank accounts.

### B.   PLAN                                                             Amount Sought: $8,165.50

HZH Law spent **24** hours at a cost of **$8,165.50** on issues relating to the formulation of the Debtor's chapter 11 plan.  Time in this category included drafting the plan, preparing exhibits in support of the plan's feasibility, and communications with creditors, the Subchapter V Trustee, and the United States Trustee concerning provisions of the plan.

C. **CONFIRMATION**                                                              **Amount Sought: $6,947.50**

HZH Law spent **24.7** hours at a cost of **$6,947.50** during the Application Period in connection with the confirmation of the Debtor's plan. Time in this category included the balloting process, as well as review of claims filed in the case. In particular, time in this category included an omnibus objection to three late-filed claims that required extensive briefing. Finally, time in this category also included attendance at hearings concerning confirmation of the plan.

D. **OPERATING REPORTS**                                                         **Amount Sought: $13,753.50**

HZH Law spent **49.9** hours at a cost of **$13,753.50** during the Application Period in connection with the Debtor's duty to prepare and file monthly operating reports. Because the Debtor is an individual on multiple bank accounts, each operating report both summarized and detailed transactions each month across no less than 5 accounts. For each month, every transaction both to and from these accounts needed to be categorized and then organized in each report to provide a meaningful summary of the Debtor's financial status in a given month.

E. **AUTOMATIC STAY**                                                            **Amount Sought: $2,410.00**

HZH Law spent **8.2** hours at a cost of **$2,410.00** during the Application Period in connection with motion practice concerning the automatic stay. Time in this category included the drafting and prosecution of a motion to extend the automatic stay, as well as attendance at several hearings regarding motions for relief from the automatic stay from multiple parties.

II. **ATTORNEYS PROVIDING SERVICES FOR THIS ESTATE**

<u>John F. Hiltz</u> (JFH) is a member of HZH Law. Mr. Hiltz is a 2006 graduate of The John Marshall Law School. After graduation from law school, John Hiltz served as law clerk to the Honorable Bruce W. Black, United States Bankruptcy Court for the Northern District of Illinois.

After his clerkship, Mr. Hiltz worked as an associate in the bankruptcy groups of two large Chicago law firms where he represented debtors and creditors in both bankruptcy cases and out-of-court restructurings. Mr. Hiltz represents debtors, creditors, trustees and committees in bankruptcy and reorganization matters.

<u>Alex J. Whitt</u> (AJW) is an associate of HZH Law. Mr. Whitt is a 2014 graduate of The John Marshall Law School, where he served as Executive Justice of the Moot Court Honors Program and as a Staff Editor of The John Marshall Law Review. Mr. Whitt also served as a legal extern to then-Chief Judge Bruce W. Black of the United States Bankruptcy Court for the Northern District of Illinois. Mr. Whitt primarily represents debtors and trustees in various stages of reorganization and liquidation proceedings.

### III.  CALCULATION OF TIME AND FEES

This is the Debtor's first interim application for compensation and reimbursement of fees and expenses of HZH Law. This fee application applies to fees and expenses incurred by HZH Law from March 23, 2021, through and including December 7, 2021. All professional services for which compensation is requested herein, and all reimbursement for expenses incurred, have been for services directly related to the case and were rendered for the benefit of the Debtor and the Debtor's estate. No agreement or understanding exists between HZH Law and any other person for the sharing of compensation received or to be received in connection with this case, other than as disclosed or authorized pursuant to 11 U.S.C. §§ 327, 328, 330 and 331.

As set forth in the attached exhibit, HZH Law's attorneys have spent a total of **130.20 hours** providing necessary legal services for the Debtor. As a result, they request compensation in the amount of **$38,936.00** for actual, necessary legal services performed. (Group Exhibit A). The average hourly rate is $299.05. In addition, HZH Law has expended the sum of **$2,151.13** for

4

actual, necessary expenses incurred in representing the Debtor. HZH Law has voluntarily written off all expenses related to fax and copying charges, only charging for off-site copying charges when incurred.

In preparing this fee application, HZH Law has calculated the amount of time spent by each attorney in performing actual, necessary legal services for the Debtor. The data used came directly from computer printouts of data which is kept by HZH Law on each of its clients. The hourly rates charged are the regular hourly rates charged by the firm to its clients. HZH Law worked to avoid any duplication of effort, and in instances where more than one attorney billed for a project, there was a need for multiple attorneys' involvement or the time of one of the attorneys was voluntarily written off.

To aid the Court in its review of this material, HZH Law has prepared its time exhibits by topic as presented in the attached **Group Exhibit A**. For purposes of this Application, counsel has used five categories. The time entries cover all work performed by HZH Law regardless of whether it was office conferences, telephone conferences, research or some other type of work, for which HZH Law seeks compensation.

HZH Law does not bill its clients or seek compensation in this fee application for its overhead expenses, including word processing, computer research charges, fax charges, phone charges or secretarial overtime; instead, such expenses are factored into HZH Law's normal and customary rate.

No compensation has been promised to HZH Law, other than as disclosed or approved by this Court. HZH Law certifies that there is no agreement between the firm and any other party regarding the sharing of fees except with the firm's members, nor has the firm discussed or

5

negotiated the amount of its fees with any party except the Debtor. Finally, HZH Law represents that it is and remains a disinterested party and does not hold any relationship adverse to the estate.

## REQUEST FOR LIMITED NOTICE

At least twenty-one (21) days' written notice of this application has been served on the Debtor, the United States Trustee, the Subchapter V Trustee, all parties requesting service via the Court's CM/ECF system, and the twenty creditors with the largest filed claims. The undersigned submits that notice is sufficient and asks that any further notice be waived.

WHEREFORE, Hiltz Zanzig & Heiligman LLC respectfully requests that this Court enter an Order:

A. Allowing Hiltz Zanzig & Heiligman LLC compensation for actual, necessary legal services in the amount of $38,936.00; and

B. Authorizing the Trustee to pay Hiltz Zanzig & Heiligman LLC compensation and expense reimbursement in the total amount of $2,151.13.

Dated: December 12, 2021    Respectfully submitted,

By: /s/ John F. Hiltz

John F. Hiltz (No. 6289744)
Alex J. Whitt (No. 6315835)
**HILTZ ZANZIG & HEILIGMAN LLC**
53 West Jackson Blvd., Suite 1301
Chicago, Illinois 60604
Telephone: 312.566.9008
jhiltz@hzhlaw.com