# Group Exhibit A

Administration

| Date | Description | Billed By | hrs. | Rate | Total |
|---|---|---|---|---|---|
| 3/23/2021 | COORDINATED WITH NEXTCHAPTER RE: FILING OF CHAPTER 11. | AJW | 0.5 | $275.00 | $137.50 |
| 3/24/2021 | REVISE MOTION TO EXTEND THE AUTOMATIC STAY AND ASSEMBLE EXHIBITS IN CONNECTION WITH SAME. | AJW | 0.5 | $275.00 | $137.50 |
| 3/24/2021 | PREPARE DECLARATION IN SUPPORT OF MOTION TO EXTEND STAY. | AJW | 0.4 | $275.00 | $110.00 |
| 3/29/2021 | INITIAL CONFERENCE CALL WITH TRUSTEE RE: CASE OVERVIEW | JFH | 0.5 | $430.00 | $215.00 |
| 3/29/2021 | REVIEW OF DOCUMENTS PROVIDED BY CLIENT IN CONNECTION WITH SUBCHAPTER V TRUSTEE'S REQUESTS. | AJW | 0.3 | $275.00 | $82.50 |
| 4/6/2021 | E-MAIL SUBCHAPTER V TRUSTEE RE: DEEDS TO REAL PROPERTY. | AJW | 0.2 | $275.00 | $55.00 |
| 4/7/2021 | INITIAL CONFERENCE CALL WITH TRUSTEE AND DEBTOR | JFH | 0.6 | $430.00 | $258.00 |
| 4/7/2021 | E-MAIL TO NYC MARSHAL RE: POTENTIAL VIOLATION OF AUTOMATIC STAY. | AJW | 0.3 | $275.00 | $82.50 |
| 4/13/2021 | REVIEW CLAIMS REGISTER. | AJW | 0.1 | $275.00 | $27.50 |
| 4/14/2021 | PREPARE FOR IDI | JFH | 0.2 | $430.00 | $86.00 |
| 4/14/2021 | PHONE CALL WITH CLIENT RE: IDI | JFH | 0.1 | $430.00 | $43.00 |
| 4/14/2021 | ATTEND IDI | JFH | 1 | $430.00 | $430.00 |
| 4/14/2021 | CALL WITH DEBTOR RE: IDI ISSUES | JFH | 0.2 | $430.00 | $86.00 |
| 4/19/2021 | EXTENSIVE REVIEW OF CASE FILE TO PREPARE FOR FILING OF OPERATING REPORTS AND RULE 2015.3 DISCLOSURES AND REVIEW OF INUSRANCE REQUIREMENTS IN CHAPTER 11 CASES (0.7); LENGTHY E-MAIL TO CLIENT CONCERNING SAME (0.3). | AJW | 1 | $275.00 | $275.00 |
| 4/20/2021 | E-MAIL TO CLIENT RE: ADDING US TRUSTEE AS ADDITIONAL INSURED. | AJW | 0.1 | $275.00 | $27.50 |
| 4/20/2021 | E-MAIL TO CLIENT'S INSURANCE AGENT RE: ADDING UNITED STATES TRUSTEE AS ADDITIONAL INSURED. | AJW | 0.2 | $275.00 | $55.00 |
| 4/20/2021 | EXTENSIVE REVIEW OF OPERATING INSTURCTIONS AND REPORTING REQUIREMENTS (1.10); CONFER WITH J. HILTZ RE: SAME (0.30). | AJW | 1.4 | $275.00 | $385.00 |
| 4/25/2021 | REVIEW OF OPERATING REPORT REQUIREMENTS TO DETERMINE WHETHER BANK STATEMENTS NEED TO BE FILED ON DOCKET AND E-MAIL J. HILTZ RE: SAME. | AJW | 0.4 | $275.00 | $110.00 |
| 4/26/2021 | E-MAIL CLIENT RE: NEED FOR SINGLE BANK ACCOUNT. | AJW | 0.2 | $275.00 | $55.00 |
| 4/27/2021 | DRAFT, REVIEW, AND REVISE MOTION TO EMPLOY COUNSEL (1.00); COORDINATE FILING AND SERVICE OF SAME (0.5). | AJW | 1.5 | $275.00 | $412.50 |
| 4/28/2021 | CALL WITH DEBTOR RE: PREPARATION FOR 341 MEETING | JFH | 0.2 | $430.00 | $86.00 |
| 4/28/2021 | ATTEND 341 MEETING | JFH | 2.1 | $430.00 | $903.00 |
| 4/29/2021 | E-MAIL TO CLIENT RE: BANK ACCOUNT ISSUES. | AJW | 0.1 | $275.00 | $27.50 |
| 5/3/2021 | CALL WITH SUB V TRUSTEE K.NOVAK RE: PROPERTY VALUATION QUESTIONS FROM 341 MEETING | JFH | 0.1 | $430.00 | $43.00 |
| 5/5/2021 | REVIEW OF CLAIMS REGISTER AND SERVICE ON CREDITORS WITH FILED CLAIMS. | AJW | 0.3 | $275.00 | $82.50 |
| 5/5/2021 | PREPARE AND FILE CERTIFICATE OF SERVICE CONCERNING ORDER AT DOCKET NUMBER 13. | AJW | 0.3 | $275.00 | $82.50 |
| 5/6/2021 | PREPARE AND SEND LETTER TO CODILIS AND ASSOCIATES RE: POTENTIAL VIOLATION OF AUTOMATIC STAY. | AJW | 0.4 | $275.00 | $110.00 |
| 5/10/2021 | DRAFT STATUS REPORT REQUIRED BY 11 USC 1188(c). | AJW | 0.4 | $275.00 | $110.00 |
| 5/12/2021 | PREPARE AND FILE PROOF OF SERVICE CONCERNING SMALL BUSINESS STATUS REPORT. | AJW | 0.2 | $275.00 | $55.00 |
| 5/17/2021 | PREPARE AND FILE MOTION TO USE EXISTING BANK ACCOUNTS. | AJW | 1.2 | $275.00 | $330.00 |

Administration

| Date | Description | Atty | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/24/2021 | ATTEND HEARING ON STATUS AND MOTION TO USE EXISTING BANK ACCOUNTS | JFH | 0.4 | $430.00 | $172.00 |
| 6/1/2021 | CALL WITH K.NOVAK RE: MONTHLY OPERATING REPORT | JFH | 0.2 | $430.00 | $86.00 |
| 6/15/2021 | CALL WITH K.NOVAK, D.HOLTKAMP RE: DISCUSSION OF MONTHLY OPERATING REPORTS FOR APRIL AND MAY | JFH | 0.6 | $430.00 | $258.00 |
| 6/21/2021 | TELEPHONE CALL WITH ECF HELP DESK RE: ECF ENTRIES FOR MONTHLY OPERATING REPORTS. | AJW | 0.2 | $275.00 | $55.00 |
| 6/23/2021 | E-MAIL COURT DEPUTY RE: AGREED CONTINUANCE OF MOTION TO SET DATES. | AJW | 0.2 | $275.00 | $55.00 |
| 6/28/2021 | EXTENSIVE REVIEW OF MAY 2021 OPERATING REPORT, AND COMMENTS OF SUBCHAPTER V TRUSTEE AND UNITED STATES TRUSTEE THERETO, IN PREPARATION FOR POSSIBLE SUPPLEMENTATION OF OPERATING REPORT AND REVISIONS TO PROPOSED PLAN. | AJW | 0.8 | $275.00 | $220.00 |
| 7/7/2021 | E-MAIL TO SUBCHAPTER V TRUSTEE AND US TRUSTEE RE: STATUS. | AJW | 0.2 | $275.00 | $55.00 |
| 7/19/2021 | ATTEND HEARING ON MOTION TO SET DEADLINES AND STATUS | JFH | 0.2 | $430.00 | $86.00 |
| 7/21/2021 | EXTENSIVE REVIEW OF SUBCHAPTER V TRUSTEE'S CONCERNS IN CONNECTION WITH APRIL AND MAY MONTHLY OPERATING REPORTS AND AMENDED PROPOSED PLAN AND DRAFT RESPONSE TO TRUSTEE CONCERNING SAME. | AJW | 2.1 | $275.00 | $577.50 |
| 7/26/2021 | ATTEND CONTINUED HEARING ON STATUS AND MOTION TO SET DATES | JFH | 0.2 | $430.00 | $86.00 |
| 8/2/2021 | ATTEND HEARING ON STATUS AND MOTION TO SET DEADLINES | JFH | 0.2 | $430.00 | $86.00 |
| 8/10/2021 | TELEPHONE CALL WITH RICHARD SUTRO RE: PAYMENT. | AJW | 0.3 | $275.00 | $82.50 |
| 8/16/2021 | SUBSTANTIAL REVIEW OF CASE STATUS AND SUBCHAPTER V TRUSTEE E-MAILS CONCERNING MONTHLY OPERATING REPORTS (0.5); E-MAIL TO J. HILTZ CONCERNING ANALYSIS OF SAME AND NEXT STEPS (0.2). | AJW | 0.7 | $275.00 | $192.50 |
| 8/19/2021 | CALL WITH J.KETTERING RE: LATE FILED CLAIM | JFH | 0.2 | $430.00 | $86.00 |
| 9/15/2021 | REVIEW OF ASCENTIUM'S SCHEDULED AND FILED CLAIMS. | AJW | 0.3 | $275.00 | $82.50 |
| 9/17/2021 | CONFERENCE CALL WITH UST HOLTKAMP AND K.NOVAK | JFH | 0.4 | $430.00 | $172.00 |
| 10/20/2021 | REVIEW CLAIMS REGISTER AND SCHEDULES TO ASSESS ALLOWED CLAIMS OF GOVERNMENT ENTITIES. | AJW | 0.3 | $275.00 | $82.50 |
| 11/16/2021 | CALL WITH CLIENT RE: DEBTOR'S INCOME AND EMPLOYMENT. | AJW | 0.2 | $275.00 | $55.00 |
| 11/16/2021 | E-MAIL J. HILTZ RE: CASE STATUS. | AJW | 0.2 | $275.00 | $55.00 |
| 11/22/2021 | CONFERENCE CALL WITH D.HOLTKAMP; K.NOVAK RE: STATUS | JFH | 0.5 | $430.00 | $215.00 |
| | **Totals** | | **23.4** | | **$7,659.50** |

| Date | Description | Billed By | hrs. | Rate | Total |
|---|---|---|---|---|---|
| 5/27/2021 | REVIEW FILINGS IN THE NORTHERN DISTRICT OF ILLINOIS FOR CONFIRMED SUBCHAPTER V INDIVIDUAL CASES. | AJW | 0.4 | $275.00 | $110.00 |
| 5/31/2021 | BEGIN DRAFT OF PLAN OF REORGANIZATION AND LIQUIDATION ANALYSIS | JFH | 2.6 | $430.00 | $1,118.00 |
| 6/17/2021 | REVIEW AND REVISE MAY OPERATING REPORT TO EXAMINE EXPENSES TO REDUCE IN SUPPORT OF PLAN FEASIBILITY. | AJW | 1.4 | $275.00 | $385.00 |
| 6/17/2021 | RESEARCHED PROCEDURES AND NOTICE REQUIREMENTS FOR SERVING CHAPTER 11 PLAN, SOLICITING BALLOTS, AND SETTING DEADLINES. | AJW | 1.3 | $275.00 | $357.50 |
| 6/18/2021 | COMPLETE DRAFT OF PLAN OF REORGANIZATION AND LIQUIDATION ANALYSIS | JFH | 5.5 | $430.00 | $2,365.00 |
| 6/18/2021 | REVIEW AND REVISE DRAFT OF CHAPTER 11 PLAN. | AJW | 1.5 | $275.00 | $412.50 |
| 6/18/2021 | REVIEW AND REVISE LIQUIDATION ANALYSIS. | AJW | 0.4 | $275.00 | $110.00 |
| 6/21/2021 | PREPARE DRAFT EXHIBIT FOR PROJECTIONS IN SUPPORT OF PLAN. | AJW | 0.5 | $275.00 | $137.50 |
| 6/21/2021 | REVIEW AND REVISE CHAPTER 11 PLAN. | AJW | 0.2 | $275.00 | $55.00 |
| 6/21/2021 | COORDINATE FILING OF CHAPTER 11 PLAN AND EXHIBITS. | AJW | 0.2 | $275.00 | $55.00 |
| 7/8/2021 | PREPARE AMENDED BUDGET IN SUPPORT OF PLAN AND E-MAIL CLIENT RE: SAME. | AJW | 1 | $275.00 | $275.00 |
| 7/12/2021 | E-MAIL CLIENT RE: ADDITIONAL BUDGET INFORMATION NEEDED. | AJW | 0.1 | $275.00 | $27.50 |
| 7/12/2021 | REVIEW REVISED BUDGET IN CONJUNCTION WITH MOST RECENT OPERATING REPORTS TO EXAMINE INCOME FLUCTUATIONS. | AJW | 0.4 | $275.00 | $110.00 |
| 7/12/2021 | MEETING WITH J. HILTZ RE: BUDGET CONCERNS IN CONNECTION WITH POSSIBLE AMENDED PLAN. | AJW | 0.4 | $275.00 | $110.00 |
| 7/13/2021 | COMMUNICATION WITH CLIENT RE: CLARIFICATION OF EXPENSES FOR BUDGET. | AJW | 0.2 | $275.00 | $55.00 |
| 7/13/2021 | REVISE BUDGET IN SUPPORT OF PLAN. | AJW | 0.7 | $275.00 | $192.50 |
| 7/15/2021 | CONFER W/ J. HILTZ RE: CLIENT'S INCOME AND EXPENSES IN 6 MONTHS PRIOR TO CHAPTER 11 FILING (0.2); REVISE CLIENT'S BUDGET ACCORDINGLY (0.7). | AJW | 0.9 | $275.00 | $247.50 |
| 7/16/2021 | PHONE CALL WITH DEBTOR RE: PLAN PAYMENT AND REVISIONS | JFH | 0.2 | $430.00 | $86.00 |
| 7/16/2021 | REVIEW AND REVISE PLAN OF REORGANIZATION WITH NEW BUDGET PROJECTION | JFH | 1.3 | $430.00 | $559.00 |
| 7/16/2021 | CONFER W/ J. HILTZ RE: FOLLOW-UP CALL WITH CLIENT AND POSSIBLE AMENDMENTS TO PROPOSED PLAN. | AJW | 0.2 | $275.00 | $55.00 |
| 7/16/2021 | CONFER W/ J. HILTZ RE: PROJECTED DISPOSABLE MONTHLY INCOME AND CLAIMS PAYOUT. | AJW | 0.8 | $275.00 | $220.00 |
| 7/16/2021 | PREPARE AMEDNED SCHEDULES I&J IN SUPPORT OF PLAN. | AJW | 1.7 | $275.00 | $467.50 |
| 7/16/2021 | CALL W/ J. HILTZ RE: BUDGET ISSUES IN CONNECTION WITH AMENDED PROPOSED PLAN. | AJW | 0.2 | $275.00 | $55.00 |
| 7/22/2021 | CONFERENCE CALL WITH SUB V TRUSTEE K.NOVAK AND D.HOLTKAMP RE: AMENDED PLAN | JFH | 0.5 | $430.00 | $215.00 |
| 7/26/2021 | PREPARE PROJECTIONS AS EXHIBIT IN SUPPORT OF PLAN. | AJW | 0.7 | $275.00 | $192.50 |

| | | | | | |
|---|---|---|---|---|---|
| 7/26/2021 | CONFER WITH J. HILTZ RE: LIQUIDATION ANALYSIS. | AJW | 0.2 | $275.00 | $55.00 |
| 7/29/2021 | REVISE CHAPTER 11 PLAN AND PREPARE SAME FOR FILING. | AJW | 0.5 | $275.00 | $137.50 |
| | | **Totals** | **24** | | **$8,165.50** |

| Date | Description | Billed By | hrs. | Rate | Total |
|---|---|---|---|---|---|
| 6/20/2021 | DRAFT MOTION SETTING DEADLINES (0.6); E-MAIL J. HILTZ RE: SAME (0.1). | AJW | 0.7 | $275.00 | $192.50 |
| 6/21/2021 | REVIEW AND REVISE MOTION TO SET DEADLINES. | AJW | 0.4 | $275.00 | $110.00 |
| 8/6/2021 | PREPARE BALLOTS, PLAN, ORDER, AND COVER LETTER FOR SERVICE ON CREDITORS AND OTHER PARTIES. | AJW | 2.2 | $275.00 | $605.00 |
| 8/8/2021 | REVISE BALLOT. | AJW | 0.7 | $275.00 | $192.50 |
| 8/8/2021 | CONTINUE PREPARATION OF BALLOTS FOR SERVICE PARTICULAR TO EACH CREDITOR AND RESPECTIVE CLASS. | AJW | 0.8 | $275.00 | $220.00 |
| 8/9/2021 | REVISE ADDITIONAL BALLOTS FOR SERVICE. | AJW | 0.5 | $275.00 | $137.50 |
| 8/9/2021 | PREPARE AND SERVE PLAN AND BALLOT MATERIALS. | AJW | 2 | $275.00 | $550.00 |
| 8/13/2021 | PREPARE AND FILE PROOF OF SERVICE IN CONNECTION WITH PLAN, DEADLINES, AND BALLOT MATERIALS. | AJW | 0.4 | $275.00 | $110.00 |
| 8/27/2021 | E-MAIL COUNSEL FOR ASCENTIUM RE: ADDITIONAL COPIES OF BALLOT MATERIALS. | AJW | 0.3 | $275.00 | $82.50 |
| 9/13/2021 | REVIEW BALLOT REPORT TO VERIFY TALLY OF VOTES AND AMOUNTS (0.6); FINALIZE AND FILE SAME (0.2). | AJW | 0.8 | $275.00 | $220.00 |
| 9/18/2021 | REVIEW AND REVISE AMENDED BALLOT REPORT. | AJW | 0.4 | $275.00 | $110.00 |
| 9/19/2021 | CONTINUE PREPARATION OF SERVICE OF AMENDED BALLOT REPORT. | AJW | 0.3 | $275.00 | $82.50 |
| 9/27/2021 | ATTEND HEARING ON ASCENTIUM OBJECTION | JJFH | 0.3 | $430.00 | $129.00 |
| 9/28/2021 | DRAFT OMNIBUS OBJECTION TO CLAIMS OF ASCENTIUM CAPITAL. | AJW | 1.4 | $275.00 | $385.00 |
| 9/28/2021 | REVISE OMNIBUS OBJECTION TO ASCENTIUM'S CLAIMS. | AJW | 0.1 | $275.00 | $27.50 |
| 9/28/2021 | PREPARE EXHIBITS AND PROPOSED ORDER IN SUPPORT OF OMNIBUS OBJECTION. | AJW | 0.5 | $275.00 | $137.50 |
| 9/29/2021 | FINALIZE OMNIBUS OBJECTION TO ASCENTIUM'S FILED CLAIMS AND FILE AND SERVE SAME. | AJW | 0.4 | $275.00 | $110.00 |
| 10/14/2021 | REVIEW ASCENTIUM'S RESPONSE TO DEBTOR'S OMNIBUS OBJECTION TO ASCENTIUM'S CLAIMS. | AJW | 0.2 | $275.00 | $55.00 |
| 10/18/2021 | APPEARANCE ON OMNIBUS OBJECTION TO ASCENTIUM'S CLAIMS. | AJW | 0.4 | $275.00 | $110.00 |
| 10/25/2021 | RESEARCH EXTENT TO WHICH FORMAL PROOF OF CLAIM RELATES BACK TO CLAIM SCHEDULED ON DEBTORS SCHEDULES. | AJW | 1.1 | $275.00 | $302.50 |
| 10/27/2021 | ADDITIONAL RESEARCH CONCERNING RELATION BACK OF AMENDED PROOFS OF CLAIM. | AJW | 0.8 | $275.00 | $220.00 |
| 10/29/2021 | DRAFT REPLY IN SUPPORT OF OMNIBUS OBJECTION. | AJW | 2.6 | $275.00 | $715.00 |
| 10/31/2021 | REIVEW AND REIVSE REPLY IN SUPPORT OBJECTION TO ASCENTIUM'S CLAIMS, INCLUDING DRAFTING ARGUMENT CONCERNING PREJUDICE TO OTHER CREDITORS. | AJW | 2.4 | $275.00 | $660.00 |
| 11/1/2021 | REVIEW AND REVISE REPLY IN SUPPORT OF OBJECTION TO ASCENTIUM'S CLAIMS. | AJW | 0.5 | $275.00 | $137.50 |
| 11/1/2021 | TELEPHONE CALL WITH J. HILTZ RE: REPLY IN SUPPORT OF DEBTOR'S OMNIBUS OBJECTION. | AJW | 0.3 | $275.00 | $82.50 |
| 11/1/2021 | REVIEW AND REVISE REPLY IN SUPPORT OF OMNIBUS OBJECTION. | AJW | 1.8 | $275.00 | $495.00 |
| 11/1/2021 | FINALIZE AND FILE REPLY IN SUPPORT OF OMNIBUS OBJECTION. | AJW | 0.5 | $275.00 | $137.50 |
| 11/29/2021 | ATTEND CONFIRMATION HEARING | JFH | 0.2 | $430.00 | $86.00 |
| 11/29/2021 | PREPARE FOR CONFIRMATION HEARING AND OUTLINE PROFFER OF TESTIMONY OF 1129 REQUIREMENTS | JFH | 0.5 | $430.00 | $215.00 |
| 11/29/2021 | DRAFT ORDER CONFIRMING CHAPTER 11 PLAN. | AJW | 0.3 | $275.00 | $82.50 |
| 11/29/2021 | REVISE CONFIRMATION ORDER. | AJW | 0.1 | $275.00 | $27.50 |

Confirmation

| Date | Description | | | | |
|---|---|---|---|---|---|
| 11/29/2021 | E-MAIL COURTROOM DEPUTY RE: CONFIRMATION ORDER AND ACCOMPANYING EXHIBITS. | AJW | 0.1 | $275.00 | $27.50 |
| 12/5/2021 | PREPARE AND SERVE ORDER CONFIRMING PLAN. | AJW | 0.3 | $275.00 | $82.50 |
| 12/6/2021 | PREPARE AND FILE NOTICE OF EFFECTIVE DATE. | AJW | 0.4 | $275.00 | $110.00 |
| | | **Totals** | **24.7** | | **$6,947.50** |

Operating Reports

| Date | Description | Billed By | hrs. | Rate | Total |
|---|---|---|---|---|---|
| 4/21/2021 | PREPARE FIRST OPERATING REPORT AND ALL ASSOCIATED DOCUMENTATION. | AJW | 2.7 | $275.00 | $742.50 |
| 4/21/2021 | FINALIZE OPERATING REPORT AND E-MAIL CLIENT RE: SAME. | AJW | 0.2 | $275.00 | $55.00 |
| 4/21/2021 | COORDINATE FILING OF OPERATING REPORT. | AJW | 0.2 | $275.00 | $55.00 |
| 4/26/2021 | PREPARE ATTACHMENT OF BANK STATEMENTS TO OPERATING REPORT AND E-MAIL D. HOLTKAMP AND K. NOVAK RE: SAME. | AJW | 0.6 | $275.00 | $165.00 |
| 5/12/2021 | REVIEW CASE FILE AND E-MAIL CLIENT RE: BANK STATEMENTS NEEDED. | AJW | 0.3 | $275.00 | $82.50 |
| 5/18/2021 | PREPARED DOCUMENTS FOR DRAFT OF APRIL OPERATING REPORT. | AJW | 0.2 | $275.00 | $55.00 |
| 5/18/2021 | CONTINUED DRAFT OF APRIL OPERATING REPORT. | AJW | 1 | $275.00 | $275.00 |
| 5/19/2021 | CONTINUE DRAFT OF MONTHLY OPERATING REPORT. | AJW | 1.2 | $275.00 | $330.00 |
| 5/20/2021 | CONTINUED PREPARATION OF MONTHLY OPERATING REPORT. | AJW | 1.4 | $275.00 | $385.00 |
| 5/21/2021 | FINALIZE OPERATING REPORT AND E-MAIL CLIENT RE: SAME. | AJW | 1.6 | $275.00 | $440.00 |
| 6/3/2021 | MEETING WITH CLIENT RE: POTENTIAL AMENDMENTS TO APRIL 2021 OPERATING REPORT. | AJW | 1.2 | $275.00 | $330.00 |
| 6/4/2021 | REVIEW OF NON-FILING SPOUSE BANK STATEMENTS FOR SUPPLEMENTATION OF APRIL 2021 OPERATING REPORT. | AJW | 0.2 | $275.00 | $55.00 |
| 6/7/2021 | REVIEW BANK STATEMENTS OF ACCOUNT BELONGING TO DEBTOR'S WIFE AND REVISE APRIL MONTHLY OPERATING REPORT ACCORDINGLY. | AJW | 0.8 | $275.00 | $220.00 |
| 6/7/2021 | E-MAIL TO J. HILTZ RE: REVISIONS TO APRIL MONTHLY OPERATING REPORT. | AJW | 0.1 | $275.00 | $27.50 |
| 6/7/2021 | EXTENSIVE REVIEW OF ALL TRANSACTION HISTORY FOR CLIENT'S AND NON-FILING SPOUSE'S BANK ACCOUNTS AT JP MORGAN CHASE. | AJW | 1.9 | $275.00 | $522.50 |
| 6/7/2021 | REVIEW OF CLIENT'S TRANASACTION HISOTRY IN MAY 2021 ACROSS FIFTH THIRD ACCOUNTS. | AJW | 0.5 | $275.00 | $137.50 |
| 6/9/2021 | EXTENSIVE REVIEW OF TRANSACTION HISTORY FOR DEBTOR ACCOUNTS AND ACCOUNTS OF NON-FILING SPOUSE TO SUPPLEMENT APRIL 2021 OPERATING REPORT. | AJW | 4.8 | $275.00 | $1,320.00 |
| 6/11/2021 | REVIEW AND REVISE APRIL OPERATING REPORT AND DRAFT SUPPLEMENT THERETO. | AJW | 1.4 | $275.00 | $385.00 |
| 6/13/2021 | EXTENSIVE REVIEW OF ACCOUNT 9972 TO ASSEMBLE SUMMARIES OF CASH RECEIPTS AND DISBURSEMENTS. | AJW | 1.9 | $275.00 | $522.50 |
| 6/13/2021 | REVIEW OF ACCOUNT 6968 TO ASSEMBLE SUMMARIES OF CASH RECEIPTS AND DISBURSEMENTS. | AJW | 0.4 | $275.00 | $110.00 |
| 6/13/2021 | REVIEW OF ACCOUNT 6680 TO ASSEMBLE SUMMARIES OF CASH RECEIPTS AND DISBURSEMENTS. | AJW | 0.1 | $275.00 | $27.50 |
| 6/13/2021 | REVIEW OF ACCOUNT 1701 TO ASSEMBLE SUMMARIES OF CASH RECEIPTS AND DISBURSEMENTS. | AJW | 0.2 | $275.00 | $55.00 |
| 6/14/2021 | REVIEW AND REVISE MAY 2021 SUMMARIES OF CASH RECEIPTS AND DISBURSEMENTS. | AJW | 1.8 | $275.00 | $495.00 |
| 6/21/2021 | REVIEW AND REVISE MAY OPERATING REPORT. | AJW | 1.9 | $275.00 | $522.50 |
| 6/28/2021 | E-MAIL CLIENT IN RESPONSE TO SUBCHAPTER V'S COMMENTS CONCERNING MAY 2021 OPERATING REPORT. | AJW | 0.2 | $275.00 | $55.00 |
| 6/29/2021 | RETRIEVE BANK STATEMENTS FOR ALL ACCOUNTS TO BE INCLUDED IN MONTHLY OPERATING REPORTS AND BREIEF REVIEW OF THOSE STATEMENTS. | AJW | 0.3 | $275.00 | $82.50 |
| 6/29/2021 | PREPARE REVISED PROJECTIONS TO SUPPLEMENT MAY MONTHLY OPERATING REPORT. | AJW | 1.5 | $275.00 | $412.50 |
| 7/18/2021 | REVIEW SPREADSHEET OF DEBTOR'S CHASE ACCOUNTS IN PREPARATION FOR MONTHLY OPERATING REPORT. | AJW | 0.5 | $275.00 | $137.50 |

Operating Reports

| Date | Description | Initials | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 7/19/2021 | E-MAIL TO CLIENT FOR APPOINTMENT TO DISCUSS JUNE MONTHLY OPERATING REPORT. | AJW | 0.1 | $275.00 | $27.50 |
| 7/20/2021 | E-MAIL CLIENT RE: OPERATING REPORT. | AJW | 0.1 | $275.00 | $27.50 |
| 7/21/2021 | PREPARE DRAFT OF JUNE MONTHLY OPERATING REPORT. | AJW | 3 | $275.00 | $825.00 |
| 7/21/2021 | REVISE JUNE OPERATING REPORT. | AJW | 0.8 | $275.00 | $220.00 |
| 7/22/2021 | E-MAIL TO CLIENT RE: ADDITIONAL BANK STATEMENTS. | AJW | 0.1 | $275.00 | $27.50 |
| 7/27/2021 | REVISE JUNE OPERATING REPORT AND E-MAIL CLIENT RE: SAME. | AJW | 0.4 | $275.00 | $110.00 |
| 7/28/2021 | PREPARE AND FILE CHAPTER 11 MONTHLY OPERATING REPORT FOR JUNE 30, 2021. | AJW | 0.2 | $275.00 | $55.00 |
| 8/2/2021 | PREPARE AMENDED MAY OPERATING REPORT. | AJW | 1.8 | $275.00 | $495.00 |
| 8/20/2021 | E-MAIL CLIENT RE: OPERATING REPORT. | AJW | 0.1 | $275.00 | $27.50 |
| 8/25/2021 | REVIEW CHASE ACCOUNT BANK STATEMENTS IN PREPARATION OF JULY OPERATING REPORT. | AJW | 1 | $275.00 | $275.00 |
| 8/25/2021 | REVIEW ADDITIONAL FIFTH THIRD ACCOUNT STATEMENTS IN PREPARATION OF JULY OPERATING REPORT. | AJW | 0.5 | $275.00 | $137.50 |
| 8/26/2021 | TELEPHONE CALL WITH CLIENT RE: JULY OPERATING REPORT. | AJW | 0.5 | $275.00 | $137.50 |
| 8/26/2021 | COMPLETE BREAKDOWNS OF EXPENSES BY CATEGORY FOR JULY OPERATING REPORT. | AJW | 1.2 | $275.00 | $330.00 |
| 8/27/2021 | FINALIZE JULY OPERATING REPORT AND E-MAIL CLIENT RE: SAME. | AJW | 0.7 | $275.00 | $192.50 |
| 8/30/2021 | PREPARE AND FILE OPERATING REPORT. | AJW | 0.2 | $275.00 | $55.00 |
| 9/19/2021 | BEGIN DRAFT OF AUGUST MONTHLY OPERATING REPORT. | AJW | 0.7 | $275.00 | $192.50 |
| 9/21/2021 | TELEPHONE CALL WITH CLIENT RE: EXPENSE CATEGORIES FOR AUGUST OPERATING REPORT. | AJW | 0.4 | $275.00 | $110.00 |
| 10/28/2021 | PREPARE AUGUST OPERATING REPORT. | AJW | 2.4 | $275.00 | $660.00 |
| 10/29/2021 | FINALIZE AUGUST OPERATING REPORT AND E-MAIL CLIENT RE: SAME. | AJW | 0.7 | $275.00 | $192.50 |
| 10/29/2021 | FINALIZE AND FILE AUGUST OPERATING REPORT. | AJW | 0.2 | $275.00 | $55.00 |
| 11/4/2021 | CONFERENCE CALL WITH K.NOVAK AND J.SEYEDIN RE: AUGUST MOR | JFH | 0.2 | $430.00 | $86.00 |
| 11/7/2021 | REVIEW CLIENT'S BANK STATEMENTS AND DATA IN PREPARATION OF SEPTEMBER OPERATING REPORT. | AJW | 0.9 | $275.00 | $247.50 |
| 11/9/2021 | REVIEW TRANSACTION DATA IN PREPARATION FOR SEPTEMBER OPERATING REPORT. | AJW | 0.2 | $275.00 | $55.00 |
| 11/11/2021 | REVIEW SEPTEMBER OPERATING REPORT AND E-MAIL CLIENT RE: SAME. | AJW | 0.2 | $275.00 | $55.00 |
| 11/12/2021 | REVIEW AND CATEGORIZE VARIOUS RECEIPTS AND DIBURSEMENTS IN PREPARATION OF SEPTEMBER OPERATING REPORT (0.3); TELEPHONE CALL WITH CLIENT RE: SAME (0.4.). | AJW | 0.7 | $275.00 | $192.50 |
| 11/14/2021 | REVIEW AND REVISE SEPTEMBER OPERATING REPORT. | AJW | 1.5 | $275.00 | $412.50 |
| 11/16/2021 | LEFT MESSAGE FOR CLIENT RE: SEPTEMBER OPERATING REPORT. | AJW | 0.1 | $275.00 | $27.50 |
| 11/17/2021 | E-MAIL CLIENT RE: SEPTEMBER OPERATING REPORT. | AJW | 0.1 | $275.00 | $27.50 |
| 11/17/2021 | PREPARE AND FILE SEPTEMBER 2021 OPERATING REPORT. | AJW | 0.2 | $275.00 | $55.00 |
| 11/21/2021 | PREPARE MONTHLY OPERATING REPORT FOR OCTOBER 2021. | AJW | 1.1 | $275.00 | $302.50 |
| 11/22/2021 | TELEPHONE CALL WITH J. HILTZ RE: SEPTEMBER 2021 OPERATING REPORT. | AJW | 0.1 | $275.00 | $27.50 |
| 11/23/2021 | E-MAIL CLIENT RE: INFORMATION NEEDED TO COMPLETE OCTOBER OPERATING REPORT. | AJW | 0.4 | $275.00 | $110.00 |
| | **Totals** | | **49.9** | | **$13,753.50** |

| Date | Description | Billed By | hrs. | Rate | Total |
|---|---|---|---|---|---|
| 3/30/2021 | REVIEW AND REVISE MOTION TO EXTEND THE AUTOMATIC STAY AND COORDINATE FILING AND SERVICE OF SAME. | AJW | 1 | $275.00 | $275.00 |
| 4/2/2021 | DRAFT RESPONSE TO FORD MOTOR CREDIT'S OBJECTION TO MOTION TO EXTEND STAY. | AJW | 3.5 | $275.00 | $962.50 |
| 4/2/2021 | REVIEW AND REVISE RESPONSE TO OBJECTION TO MOTION TO EXTEND STAY | JFH | 0.2 | $430.00 | $86.00 |
| 4/6/2021 | ATTEND COURT HEARING ON MOTION TO EXTEND STAY | JFH | 0.3 | $430.00 | $129.00 |
| 4/19/2021 | REVIEW FIVE MOTIONS FOR RELIEF FROM STAY AND CONFER WITH J. HILTZ RE: SAME. | AJW | 0.4 | $275.00 | $110.00 |
| 4/23/2021 | REVIEW CERTIFICATES OF TITLE FOR VARIOUS VEHCILES IN CONNECTION WITH MOTIONS FOR RELIEF FROM STAY. | AJW | 0.2 | $275.00 | $55.00 |
| 4/23/2021 | E-MAIL TO OPPOSING COUNSEL RE: BASIS FOR OBJECTION TO MOTIONS FOR RELIEF FROM STAY. | AJW | 0.1 | $275.00 | $27.50 |
| 4/27/2021 | ATTEND HEARING ON 5 MOTIONS FOR RELIEF FROM STAY | JFH | 0.3 | $430.00 | $129.00 |
| 7/18/2021 | REVIEW MOTIONS FOR RELIEF FROM STAY [DKT NOS. 71, 74]. | AJW | 0.1 | $275.00 | $27.50 |
| 8/5/2021 | PREPARE NOTICE OF OBJECTION TO MOTIONS FOR RELIEF FROM STAY AND E-MAIL CLIENT RE: SAME. | AJW | 0.4 | $275.00 | $110.00 |
| 8/6/2021 | TELEPHONE CALL WITH CLIENT RE: MOTIONS FOR RELIEF FROM STAY. | AJW | 0.2 | $275.00 | $55.00 |
| 8/9/2021 | APPERANCE ON MOTIONS FOR RELIEF FROM STAY. | AJW | 0.6 | $275.00 | $165.00 |
| 8/20/2021 | s | JFH | 0.2 | $430.00 | $86.00 |
| 8/25/2021 | E-MAIL CLIENT RE: MOTION FOR RELIEF FROM STAY AS TO REAL ESTATE. | AJW | 0.2 | $275.00 | $55.00 |
| 8/26/2021 | E-MAIL CLIENT RE: MOTIONS FOR RELIEF FROM STAY PENDING ON AUGUST 30, 2021. | AJW | 0.1 | $275.00 | $27.50 |
| 8/30/2021 | APPEARANCE ON MOTIONS FOR RELIEF FROM STAY. | AJW | 0.4 | $275.00 | $110.00 |
| | | **Totals** | **8.2** | | **$2,410.00** |

| Date | Description | Total |
|---|---|---|
| 8/9/2021 | POSTAGE FOR SERVICE OF PLAN (as charged by USPS). | $113.90 |
| 8/6/2021 | OFF-SITE COPYING CHARGES FOR PRINTING COPIES OF PLAN AND ACCOMPANYING EXHIBITS (as charged by Staples). | $214.18 |
| 5/11/2021 | POSTAGE FOR SERVICE OF STATUS REPORT (as charged by USPS). | $50.05 |
| 3/23/2021 | FILING FEE FOR CHAPTER 11 PETITION (as charged by US Courts) | $1,738.00 |
| 3/17/2021 | CREDIT REPORT (as charged by UCS) | $35.00 |
| | **Total** | **$2,151.13** |