UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 21-03757 |
|---|---|---|
| PAVEL A. CHUKHRAY, | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable A. Benjamin Goldgar |
| Debtor(s) | ) | |

## ORDER GRANTING DEBTOR'S SECOND MOTION TO MODIFY CONFIRMED PLAN

THIS MATTER COMING ON TO BE HEARD upon the Second Motion of Pavel A. Chukhray to Modify Confirmed Plan, due notice having been given, and the court being fully advised, IT IS HEREBY ORDERED:

The motion is granted. The confirmed plan is modified to decrease the plan term to a total of 36 months. The total amount that the debtor must pay the Subchapter V trustee under is decreased to $126,486.88.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: April 15, 2024

**Prepared by:**

John F. Hiltz (No. 6289744)
HILTZ ZANZIG & HEILIGMAN LLC
53 West Jackson Blvd., Suite 1301
Chicago, Illinois 60604
Telephone: 312.566.9008
jhiltz@hzhlaw.com